UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JAMES BOVIENZO, M.D. | : | |
| | : | |
| VS. | : | NO. 3:09cv2136(JCH) |
| | : | |
| ST. VINCENT'S MEDICAL CENTER | : | SEPTEMBER 1, 2010 |

## **MOTION TO DISMISS**

The plaintiff respectfully moves to dismiss this action with prejudice and without the imposition of costs. He no longer resides in the United States and does not wish to pursue this litigation further.

                THE PLAINTIFF

                BY: /s/
                     JOHN R. WILLIAMS (ct00215)
                     51 Elm Street
                     New Haven, CT 06510
                     203-562-9931
                     Fax: 203-776-9494
                     jrw@johnrwilliams.com
                     His Attorney

CERTIFICATION OF SERVICE

On the date above stated, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                        /s/
                              JOHN R. WILLIAMS